IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| WILLIAM S WOLLESEN, et al., | ) | CASE NO. C16-4012MWB |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| WEST CENTRAL COOPERATIVE, et al. | ) | |
| Defendants. | ) | |

Upon application and pursuant to Administrative Order 1213 *, it is ORDERED that Plaintiffs' Motion to Appear Pro Hac Vice at Docket #9 is GRANTED.

Attorney Juliet A Cox is admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter.

DATED: February 29, 2016

> ROBERT L PHELPS- CLERK
> U.S. District Court
> Northern District of Iowa
>
> BY:   s/KFS
> Deputy Clerk

_____
* Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.