# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM S. WOLLESEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WEST CENTRAL COOPERATIVE, *et al*. <br><br> Defendants. | Case No. 5:16-cv-4012 <br><br> **CONSENT MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST THE COOP AND INDIVIDUAL DEFENDANTS** |

COME NOW Plaintiffs, Iowa Plains Farms, William S. Wollesen, Kristi J. Wollesen, John W. Wollesen, and Byrite Farm Supply Inc. (collectively, the "Wollesens"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectively move the Court for an order dismissing with prejudice their claims against: (i) West Central Cooperative, (ii) Landus Cooperative, (iii) Westco Agronomy Company, LLC, (iv) Farmer Cooperative Company, (v) Jeffrey B. Stroburg, (vi) Susan Tronchetti, (vii) Darrell Jensen, (viii) Christopher S. Coen, (ix) Craig Heineman, (x) Jay Drees, (xi) Roger Ginder, (xii) James Carlson, (xiii) Daryl Doerder, (xiv) Delbert Christensen, (xv) Glen Christensen, (xvi) Sam Spellman, (xvii) Daniel Heller, (xviii) Scott B. Chesnut, (xix) Harry A. Ahrenholtz, (xx) Linda Buss, (xxi) Timothy Weigel, (xxii) Dawn Thielen, and (xxiii) Milan Kucerak (collectively, the "Coop/Individual Defendants"), only, with the Wollesens and each of the Coop/Individual Defendants to bear their respective fees and costs.

As previously represented to the Court, the Wollesens and the Coop/Individual Defendants have entered into a confidential settlement agreement. Pursuant to the terms of that agreement, and pursuant to Rule 41(a)(2), the Wollesens respectively request an order dismissing

with prejudice their claims against each of the Coop/Individual Defendants, only, and providing that the Wollesens and the Coop/Individual Defendants shall bear their respective fees and costs related to this Action.

Counsel for the Coop/Individual Defendants reviewed this Motion before it was filed, and they have indicated their consent to the relief requested herein.

Respectfully submitted, on this 26th day of July, 2019.

By: */s/ Samuel L. Blatnick*
Samuel L. Blatnick       IA# AT0011632
Matthew D. Moderson *(Pro Hac Vice Granted)*
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO  64106
Telephone:  (816) 691-2712
Facsimile:  (816) 412-1039
sam.blatnick@stinson.com
matt.moderson@stinson.com

-and-

By: */s/Jeff W. Wright*
Jeff W. Wright           IA# AT0008716
Joel D. Vos              IA#AT0008263
HEIDMAN LAW FIRM PLLC
1128 Historic 4th Street
P.O. Box 3086
Sioux City, IA  51102
Telephone:  (712) 255-8838
Facsimile:  (712) 258-6714
jeff.wright@heidmanlaw.com
joel.vos@heidmanlaw.com

**ATTORNEYS FOR THE WOLLESENS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of July, 2019, the above and foregoing was filed with the Clerk of the Court through CM/ECF system, which will send electronic notification to all counsel of record.

*/s/ Samuel L. Blatnick*
ATTORNEY FOR THE WOLLESENS